DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Brown<br><br>Case Below:<br>169 N.C. App. 843 | No. 276P05 | Def's PDR Under G.S. 7A-31 (COA04-384) | Denied<br>06/30/05 |
| State v. Burns<br><br>Case Below:<br>168 N.C. App. 596 | No. 160P05 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1474)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>05/04/05<br><br>3. Denied<br>05/04/05 |
| State v. Byers<br><br>Case Below:<br>166 N.C. App. 760 | No. 599P04 | Def's PWC to Review Decision of COA (COA04-84) | Denied<br>05/04/05 |
| State v. Carpenter<br><br>Case Below:<br>169 N.C. App. 256 | No. 207A05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-392)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>06/30/05 |
| State v. Chapman<br><br>Case Below:<br>359 N.C. 328 | No. 146A02 | Def's Motion to Dissolve Hold of Decision | Dismissed as moot<br>05/04/05 |
| State v. Clark<br><br>Case Below:<br>166 N.C. App. 760 | No. 597P04 | Def's PWC to Review Decision of COA (COA03-1678) | Denied<br>05/04/05 |
| State v. Cole<br><br>Case Below:<br>Camden County<br>Superior Court | No. 324A94-4 | Def's PWC to Review Order of Superior Court | Denied<br>06/30/05 |
| State v. Crouse<br><br>Case Below:<br>169 N.C. App. 382 | No. 236P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-804) | Denied<br>06/30/05 |
| State v. Cummings<br><br>Case Below:<br>169 N.C. App. 249 | No. 212A05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-949)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>06/30/05 |